UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RICHARD GYUKERI,<br>    Plaintiff, | )<br>)<br>)<br>) |  |
| v. | )<br>) | Civil No. 21-11663-LTS |
| IRS (Department of Revenue,<br>    Defendant. | )<br>)<br>)<br>) |  |

ORDER

November 18, 2021

SOROKIN, J.

On October 12, 2021, Richard Gyukeri commenced this action with the filing of a *pro se* complaint and an Application to Proceed in District Court without Prepaying Fees or Costs ("Application"). Dkt. Nos. 1, 2.

Gyukeri's Application was denied without prejudice on October 13, 2021. Dkt. No. 4. Gyukeri was advised that if he chooses to proceed with this action, within 21 days he must: (1) file a renewed Application; and (2) show cause why the complaint should not be dismissed or file an amended complaint. *Id.*

To date, Gyukeri has failed to file a response and the time period for doing so expired on November 3, 2021.

"A district court, as part of its inherent power to manage its own docket, may dismiss a case *sua sponte* for any of the reasons prescribed in Fed. R. Civ. P. 41(b)." *Cintrn-Lorenzo v. Departamento de Asuntos del Consumidor*, 312 F.3d 522, 525-26 (1st Cir. 2002). "Lack of diligent prosecution is such a reason." *Id.*

Accordingly, for the reasons set forth in the Memorandum and Order, and for the failure of Gyukeri to comply with the directives contained therein, it is hereby Ordered that the above-captioned matter is DISMISSED without prejudice.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge
